AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  8 / 15 / 06
BY    OM

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MARTIN D. BROWN<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 01-50070-07<br><br>USM Number: 11047-035<br><br>Harold C. Gilley, Jr.<br>Defendant's Attorney |

## THE DEFENDANT:

[✓]   Contests that he violated the conditions of his supervised release. The Court finds that in accordance with the U.S. Sentencing Commission Guidelines Manual, Martin D. Brown has violated the conditions of his supervised release as outlined in the Petition for Warrant or Summons for Offender Under Supervision filed by the Probation Officer. The Court further finds that defendant has committed a Grade A violation of his supervised release. Accordingly, the four-year term of supervision ordered on April 18, 2002 is hereby revoked.

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

CERT:
8/15/06
OM
USM > 3 cert.
USP

July 27, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

DONALD E. WALTER, United States District Judge
Name & Title of Judicial Officer

8/7/06
Date

DEFENDANT: MARTIN D. BROWN
CASE NUMBER: 01-50070-07

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 months .

[✓] The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the Bureau of Prisons screen the defendant for placement in an anger management treatment program.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
   [ ] at ___ [] a.m. [] p.m. on ___.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before 2 p.m. on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL